EXHIBIT C



U.S. & WORLD

# Opening date set for region's first Buc-ee's: 'Doors will never close after that'

Updated: Jan. 21, 2026, 2:20 p.m. | Published: Jan. 21, 2026, 12:10 p.m.



The sun rises beyond the 120 gasoline pumps outside a Buc-ee's in April 2024, in Johnstown, Colo. (AP Photo/David Zalubowski) AP Photo/David Zalubowski



By **Brandon Champion | bchampio@mlive.com**

Michigan residents soon won't have to travel as far to get a taste of a beloved supersized convenience store chain.

According to Huber Heights Mayor Jeff Gore, Ohio's first Buc-ee's will open for local first responders from Montgomery, Miami, Clark, and Greene counties on April 3 before a grand opening takes place at 6 a.m. on April 6.



"Their doors will never close after that," Gore wrote.

The location, the first in the Great Lakes region, will be located on State Route 235 and Interstate 70. It will feature 120 gas pumps and 700 parking spaces, as well as its vast stash of food and merchandise.

Best known for its massive locations, extensive food and retail offerings, and quirky brand identity centered around a smiling beaver mascot, Buc-ee's is more than a typical gas station for many who treat it as a destination when on road trips.

It's sometimes referred to as the "Disneyland of convenience stores"

Popular food options include brisket sandwiches, breakfast tacos, kolaches, and BBQ, cookies, fudge, pastries, and specialty snack items and Buc-ee's branded drinks and snacks such as fountain soda, jerky, and cult-

You Might Like


Why Your Rotator Cuff Isn't Healing (It's Not Just Age)
Health Insights Magazine


Singer announces divorce from husband after he appears in Epstein files
MLive.com

favorite Beaver Nuggets (sweet corn puff snacks).



As of July 2025, Buc-ee's has 54 active locations across Alabama, Florida, Georgia, Kentucky, Missouri, South Carolina, Tennessee, Colorado, Texas, and Virginia. The majority (36) are in Texas where the chain was founded in 1982.

According to WBNS-TV in Columbus, construction started on Aug. 8, 2024, but was delayed in November of that year due to a legal battle between Huber Heights and Clark County over the rights to service the gas station's water and sewage.

The lawsuit was dismissed on Dec. 9, and construction restarted, according to the TV station.

 Most Popular Stories by **Brandon Champion**

Don't forget: All post office locations to close, mail won't be delivered

Scenic problem camping spot to reopen after feds remove 12,000 pounds of litter

IKEA to close this state's only store

Country music icon undergoes 'oil change for the body' after her teeth fell out onstage

Luxury retailer closing stores across US after filing for bankruptcy




Shoulder Pain is Not From Sleeping Wrong. Meet The Real Enemy
Health Insights Magazine


Former Tigers star released by Phillies before finishing out $100 million contract
MLive.com


Get your teen on track with an accredited online high school built for them.
Penn Foster




Beloved actress confirms divorce just months after engagement: 'I was…
MLive.com

Promoted Links by Taboola



 **Brandon Champion**

Brandon Champion is a reporter on MLive's statewide trending team based in Grand Rapids. He writes about a variety of topics, but mostly crime and courts in Metro Detroit, Northern Michigan and the Upper…more

bchampio@mlive.com