EXHIBIT  E



Page 1
About Us – Mickey's
https://mickeythemoose.com/pages/about-us



FREE SHIPPING ON ORDERS $50+ 🦌

Home    Find a Store    Shop Online    Rewards    Mickey's Kitchen    Careers    News & Events    About Us    Contact Us



## ABOUT US

Mickey's is a fuel and convenience store chain based in Milan, OH. Currently, all the stores are located in Northern Ohio.

Along with fuel and quick-serve food items, many Mickey's also feature Mickey's Chicken & Deli, Taco Bell, Subway, and Dunkin' franchises.

FOR A LIST OF SERVICES AT A MICKEY'S NEAR YOU, PLEASE USE OUR STORE LOCATOR BY CLICKING HERE.

Mickey's is represented by their iconic mascot, Mickey the Moose, whose ever-presence is welcomed by all who stop into a Mickey's!

We are proud of our stores and of those who run them, but we are most excited about the opportunities we have to connect with our communities. We know the strength of our business rests in the strength of our communities. Mickey's sponsors many events including local festivals, community organizations, and local libraries.



### MICKEY'S CORPORATE OFFICE

3619 EAST STATE ROUTE 113

P.O. BOX 448

MILAN, OH 44846

PHONE: (419)-499-1120

FAX: (419)-499-1121

Follow on shop

© 2026, Mickey's

Captured by FireShot Pro: 17 February 2026, 10:29:55
https://getfireshot.com













