**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BUC-EE'S, LTD.,**                                    CASE NO.  3:26 CV 414

      Plaintiff/Counter-Defendant,

        v.                                        JUDGE JAMES R. KNEPP II

**COLES IP HOLDINGS, LLC,**

      Defendant/Counter-Claimant.          **REPORT OF PARTIES' PLANNING**
                                 **MEETING**

l.       Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on _____

       and was attended by:

       Counsel for Plaintiff(s) _____

       Counsel for Defendant(s) _____

2.      The parties:

       _____ Have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the

       Court's CMC Notice; or

       _____ Will exchange such disclosures by _____.

3.      The parties recommend the following track:

       _____ Expedited     _____ Standard     _____ Complex

       _____ Administrative     _____ Mass Tort

4.      This case _____ is / _____ is not suitable for Alternative Dispute Resolution ("ADR")

       (e.g., mediation, arbitration, summary trial).

5. The parties _____ do/_____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

6. The parties agree that this case _____ does / _____ does not involve electronic discovery. **(Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules.)**

7. Recommended Discovery Plan:

   (a) Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems: _____ _____

   _____

   _____

   (b) Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.): _____

   _____

   _____

8. Recommended cut-off for amending the pleadings and/or adding additional parties:

   _____

9. Expert reports disclosed by:

   (a) Plaintiff(s): _____

   (b) Defendant(s): _____

10. Discovery deadlines:

    (a) Liability: _____

    (b) Damages: _____

11.	Recommended dispositive motion date:    _____

12.	Recommended date for telephone status:    _____

13.	Other matters for the attention of the Court: _____

_____

_____

Attorney for Plaintiff(s):    _____

Attorney for Defendant(s):    _____