**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**BUC-EE'S, LTD.,**                                     CASE NO.  3:26 CV 414

    Plaintiff/Counter-Defendant,

       v.                                              JUDGE JAMES R. KNEPP II

**COLES IP HOLDINGS, LLC,**                      **REPORT OF PARTIES' PLANNING
MEETING**

    Defendant/Counter-Plaintiff.

l.       Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on <u>June 3, 2026</u>

and was attended by:

Counsel for Plaintiff <u>Jered Matthysse, Alexandra Curren, Melissa Bilancini, and Christina</u>

<u>Moser</u>

Counsel for Defendant <u>Michael Harris, Mark Fusco, and Heather Wallace</u>

2.      The parties:

    _____ Have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the

Court's CMC Notice; or

    __X__ Will exchange such disclosures by <u>June 30, 2026</u>.

3.      The parties recommend the following track:

    _____ Expedited   __X__ Standard   _____ Complex

    _____ Administrative    _____ Mass Tort

4.      This case __X__ is / _____ is not suitable for Alternative Dispute Resolution ("ADR")

(e.g., **mediation**, arbitration, summary trial). The parties agree to complete mediation by February 26,

2027.

5.      The parties _____do/__X__do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636(c).

6.      The parties agree that this case __X__ does / _____ does not involve electronic discovery. **(Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules.)**

7.      Recommended Discovery Plan:

(a)      Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems:   The parties will seek discovery regarding the allegations in the pleadings and the parties' respective claims and defenses, including at least (i) discovery regarding the parties' use, registration, and enforcement of their respective trademarks, (ii) the likelihood-of-confusion factors for the parties' respective trademark infringement claims, (iii) the parties' respective unfair competition allegations, and (iv) the parties' respective remedies sought in this action. The parties will submit for the Court's approval a Stipulated Protective Order generally in the form of Appendix L to the Local Rules, except that pursuant to Footnote 2 of that form order the parties stipulate to  an additional category that protects highly sensitive trade secrets or other highly sensitive competitive or confidential information. Documents containing this category of highly sensitive information shall be labeled HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY and may not be viewed by the parties but may be viewed by one designated in-house counsel for each party. The parties do not propose any other changes to the limitations on discovery imposed under the Local Rules and Federal Rules at this time. The parties do not anticipate any potential discovery problems at this time.

(b)      Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information; schedule and format of production; preservation of information; agreements about privilege or work-production

2

protection, etc.):  <u>The parties anticipate that discovery will include e-discovery, including reasonably accessible electronic mail and electronic files on hard drives and/or shared drives for relevant custodians. The parties are negotiating custodian lists, search terms, and dates ranges for the collection, review, and production of such e-discovery. The parties agree to work cooperatively pursuant to the default standard for e-discovery set forth in Appendix K to the Local Rules.</u>

8.  Recommended cut-off for amending the pleadings and/or adding additional parties: <u>October 2, 2026</u>

9.  Expert reports disclosed by (based on a trial date in August 2027 or after):

   (a)  Opening reports on issues for which a party bears the burden of proof: <u>December 18, 2026</u>

   (b)  Opening reports on issues for which a party does not bear the burden of proof: <u>January 22, 2027</u>

   (c)  Rebuttal reports to the opening reports served under Paragraph 9(a): <u>January 22, 2027</u>

   (d)  Rebuttal reports to the opening reports served under Paragraph 9(b): <u>February 19, 2027</u>

10.  Discovery deadlines (based on a trial date in August 2027 or after):

   (a)  Liability:            <u>March 26, 2027</u>

   (b)  Damages:          <u>March 26, 2027</u>

11.  Recommended dispositive motion date (based on a trial date in August 2027 or after): <u>April 23, 2027</u>

12.  Recommended date for telephone status:      <u>March 8, 2027</u>

13.  Other matters for the attention of the Court:

   (a)  <u>Given the number of claims, counterclaims, anticipated experts, and anticipated dispositive motions, the parties request a trial date in August 2027 or after at the Court's convenience. The parties' proposed dates in Paragraphs 9, 10, and 11 above are based</u>

on a trial date in August 2027 or after.

(b)    The parties have and will continue to discuss potential resolutions. The parties also request a settlement conference with Magistrate Judge Clay to be held in August 2026 or thereafter (at the convenience of the Court and parties) after the parties exchange initial disclosures and responses to first sets of written discovery requests.

June 8, 2026

Respectfully submitted,

/s/ Melissa M. Bilancini
  Christina J. Moser (74817)
  Melissa M. Bilancini (98510)
  BAKER & HOSTETLER LLP
  127 Public Square, Suite 2000
  Cleveland, Ohio 44114
  (216) 621-0200
  cmoser@bakerlaw.com
  mbilancini@bakerlaw.com

Alexandra H. Bistline
Jered E. Matthysse
Alexandra R. Curren
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)
abistline@pirkeybarber.com
jmatthysse@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT

/s/ Mark S. Fusco
  Mark S. Fusco
  Lorraine M. Catalusci
  WALTER HAVERFIELD
  1500 West 3rd Street, Ste. 300
  Cleveland, OH 44113
  (216) 619-7839
  (216) 916-2394 (fax)
  mfusco@walterhav.com
  lcatalusci@walterhav.com

Heather B. Wallace
ARNOLD & PORTER KAYE SCHOLER
250 West 55th Street
New York, NY 10019
(212) 836-7316
heather.wallace@arnoldporter.com

Michael J. Harris
ARNOLD & PORTER KAYE SCHOLER
300 North LaSalle Drive, Ste. 3500
Chicago, IL 60654-3406
(312) 583-2422
michael.harris@arnoldporter.com

Michael J. Sebba
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa Street, Ste. 4400
Los Angeles, CA 90017
(213) 243-4000
Michael.Sebba@arnoldporter.com

ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Melissa M. Bilancini*
Melissa M. Bilancini

*One of the Attorneys for Plaintiff/Counter-Defendant*