**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**


**BUC-EE'S, LTD.,**                                                    CASE NO. 3:26 CV 414

      Plaintiff,

      v.                                                            JUDGE JAMES R. KNEPP II

**COLES IP HOLDINGS, LLC,**

                                                                  **CASE MANAGEMENT**
      Defendant.                                             **CONFERENCE ORDER**


Case Management Conference held on: **June 11, 2026.**

1.     The following attorneys were present:

     a.     Plaintiff's counsel: Jered E. Matthysse and Christina J. Moser
     b.     Defendant's counsel: Heather B. Wallace, Michael J. Harris, and Mark S. Fusco

2.     A written stipulation (Local Rule 16.3(b)(3)) was filed.

3.     After consultation with the parties and counsel, the Court determined that this case will proceed on the **STANDARD** track.

4.     Case referred to Alternative Dispute Resolution (ADR):
     Yes _____ No__**X**__ Delay _____

5.     This case does involve electronic discovery.

6.     Deadline for exchange of Rule 26(a) initial disclosures: **June 30, 2026.**

7.     Rulings as to type and extent of discovery:

**Discovery Disputes**

No motion to compel, motion for protective order or motion for sanctions shall be filed unless the parties have undertaken in good faith to resolve discovery disputes and, if unable to do so, have next contacted the Court by phone or e-mail with a request for judicial resolution. Local Civil Rule 37.1 governs discovery disputes and counsel are expected to comply with this Rule.

**Inadvertent Disclosure**

Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

8.    Discovery cut-off dates:
      a.    Opening expert reports for party with burden of proof: **December 18, 2026**
      b.    Opening expert reports for party without burden: **January 22, 2027**
      c.    Rebuttal expert reports to opening reports by party with burden: **January 22, 2027**
      d.    Rebuttal expert reports to opening reports by party without burden: **February 19, 2027**
      e.    Liability: **March 26, 2027**
      f.    Damages: **March 26, 2027**

9.    Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions. Depositions filed either electronically or through the Clerk's Office shall include the Word Index.

10.    Deadline for amending pleadings / adding parties: **October 2, 2026.**

11.    Deadline for filing dispositive motions: **April 23, 2027.**

12.    This case is referred to Magistrate Judge Darrell A. Clay for a settlement conference to be held after August 1, 2026, at the convenience of the Court and the parties.


IT IS SO ORDERED.


                                   s/ *James R. Knepp II*
                                   UNITED STATES DISTRICT JUDGE

                                   Dated: June 11, 2026