UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-26-CV-00414-JRK |
| | § | |
| COLES IP HOLDINGS, LLC, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

**JOINT STATUS REPORT REGARDING SETTLEMENT CONFERENCE**

Buc-ee's, Ltd. and Coles IP Holdings, LLC unanimously consent to Magistrate Judge Clay acting as the mediator for the settlement conference in this matter. The parties are not both available on August 20, 2026 or September 9, 2026. Accordingly, the parties respectfully request that the Court identify additional dates in September that it has available to hold the settlement conference.

Dated: June 23, 2026                                          Respectfully submitted,

/s/ Melissa M. Bilancini_____        /s/ Michael J. Harris_____
Christina J. Moser (74817)                               Mark S. Fusco
Melissa M. Bilancini (98510)                            Lorraine M. Catalusci
BAKER & HOSTETLER LLP                              WALTER HAVERFIELD
127 Public Square, Suite 2000                          1500 West 3rd Street, Ste. 300 Cleveland,
Cleveland, Ohio 44114                                    OH 44113
(216) 621-0200                                              (216) 619-7839
cmoser@bakerlaw.com                                   (216) 916-2394 (fax)
mbilancini@bakerlaw.com                               mfusco@walterhav.com
                                                                 lcatalusci@walterhav.com

Alexandra H. Bistline                                       Heather B. Wallace
Jered E. Matthysse                                         ARNOLD & PORTER KAYE SCHOLER
Alexandra R. Curren                                       250 West 55th Street
PIRKEY BARBER PLLC                                  New York, NY 10019
1801 East 6th Street, Suite 300                         (212) 836-7316
Austin, Texas 78702                                       heather.wallace@arnoldporter.com
(512) 322-5200
(512) 322-5201 (fax)                                      Michael J. Harris
abistline@pirkeybarber.com                            ARNOLD & PORTER KAYE SCHOLER
jmatthysse@pirkeybarber.com                          300 North LaSalle Drive, Ste. 3500
                                                                 Chicago, IL 60654-3406
*Attorneys For Plaintiff*                                 (312) 583-2422
                                                                 michael.harris@arnoldporter.com

                                                                 Michael J. Sebba
                                                                 ARNOLD & PORTER KAYE SCHOLER
                                                                 777 South Figueroa Street, Ste. 4400 Los
                                                                 Angeles, CA 90017
                                                                 (213) 243-4000
                                                                 Michael.Sebba@arnoldporter.com

                                                                 *Attorneys for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Melissa M. Bilancini*
Melissa M. Bilancini


*One of the Attorneys for Plaintiff*

3