UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | CIVIL ACTION NO. 3:26-CV-00414-JRK |
| v. | § | |
| | § | |
| COLES IP HOLDINGS, LLC, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

**BUC-EE'S, LTD.'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and this Court's Case Management Conference Order entered on June 11, 2026, Plaintiff/Counter-Defendant Buc-ee's, Ltd. ("Buc-ee's") seeks leave to file its First Amended Complaint, attached hereto as **Exhibit A**. This motion is unopposed by Defendant/Counter-Plaintiff Coles IP Holdings, LLC ("Coles IP").

Buc-ee's filed its original complaint on February 18, 2026, and Coles IP filed its Answer on April 22, 2026. *See* ECF Nos. 1, 15. On June 11, 2026, the Court entered its Case Management Conference Order allowing the parties to join additional parties and amend their pleadings through October 2, 2026. *See* ECF No. 20. Recently, Buc-ee's learned through Coles IP's discovery responses that Danop, Ltd., an affiliated entity of Coles IP, uses the trademarks at issue in this dispute. Buc-ee's seeks leave to file an amended complaint so it can join Danop, Ltd. as a defendant in this suit. A redlined version of Buc-ee's' First Amended Complaint, comparing the First Amended Complaint to Buc-ee's' original complaint, is attached hereto as **Exhibit B.**

Under Rule 15(a), "courts should freely give leave [to amend] when justice so requires." *See* FED. R. CIV. P. 15(a)(2). "[I]t should be emphasized that the case law in [the Sixth] Circuit

manifests liberality in allowing amendments to a complaint." *Newberry v. Silverman*, 789 F.3d 636, 645 (6th Cir. 2015) (internal quotation marks omitted).

Buc-ee's' motion comes prior to the deadline in the Court's Case Management Conference Order, meaning that Rule 15(a)'s liberal standard applies. *Cf. Watts v. Bon Secours Mercy Health*, No. 4:25-CV-49, 2026 WL 1842630, at *3 (N.D. Ohio June 26, 2026) (applying Rule 16(b) after the deadline for amending pleadings). Coles IP will not be unduly prejudiced by the proposed amendments, as evidenced by its decision not to oppose this motion. Nor are the proposed amendments futile. *See Hensley Mfg. v. ProPride, Inc.*, 579 F.3d 603, 609 (6th Cir. 2009) (identifying second element of a trademark infringement claim as "defendant used the mark in commerce").

Accordingly, Buc-ee's requests that the Court grant Buc-ee's leave to file the attached First Amended Complaint.

Dated: September 10, 2026

Respectfully submitted,

/s/ *Melissa M. Bilancini*

Christina J. Moser (74817)
Melissa M. Bilancini (98510)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
cmoser@bakerlaw.com
mbilancini@bakerlaw.com

Alexandra H. Bistline*
Jered E. Matthysse*
Alexandra R. Curren*
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)

abistline@pirkeybarber.com
jmatthysse@pirkeybarber.com
acurren@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT BUC-EE'S, LTD.

*Admitted Pro Hac Vice*

## CERTIFICATE OF CONFERENCE

On September 9, 2026, Buc-ee's' counsel exchanged emails with Coles IP's counsel, who informed Buc-ee's' counsel that Coles IP does not oppose this motion.

*/s/ Melissa M. Bilancini*
Melissa M. Bilancini

## CERTIFICATE OF SERVICE

I hereby certify the foregoing was served via the Court's Electronic Filing system email on counsel for Defendant/Counter-Plaintiff Cole IP Holdings, LLC.

Dated: September 10, 2026

*/s/ Melissa M. Bilancini*
Melissa M. Bilancini

*One of the Attorneys for*
*Plaintiff/Counter-Defendant*
*Buc-ee's, Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | CIVIL ACTION NO. 3:26-CV-00414-JRK |
| v. | § | |
| | § | |
| COLES IP HOLDINGS, LLC, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

**[PROPOSED] ORDER GRANTING BUC-EE'S, LTD.'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Upon consideration of Plaintiff/Counter-Defendant Buc-ee's, Ltd.'s Unopposed Motion for Leave to File Amended Complaint, it is hereby ORDERED that the motion is GRANTED. The Court Clerk is hereby ORDERED to file the Amended Complaint, attached as **Exhibit A** to Buc-ee's Ltd.'s Unopposed Motion for Leave to File Amended Complaint.

IT IS SO ORDERED.

Dated: ______________

______________________________
Judge James R. Knepp II
United States District Judge