UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | CIVIL ACTION NO. 3:26-CV-00414-JRK |
| | § | |
| v. | § | |
| | § | |
| COLES IP HOLDINGS, LLC and DANOP, LTD. d/b/a THE COLES GROUP, d/b/a MICKEY MART, and d/b/a MICKEY'S, | § | |
| | § | |
| Defendants/Counter-Plaintiff. | § | |

**SUPPLEMENT TO AMENDED COMPLAINT**

Buc-ee's, Ltd. attaches the following supplemental exhibits to the Amended Complaint, filed September 11, 2026:

A. Exhibit A: Texas Monthly Article;

B. Exhibit B: CBS Sunday Morning Article;

C. Exhibit C: Michigan Live Article;

D. Exhibit D: Trademark Registrations; and

E. Exhibit E: Defendants'/Counter-Plaintiffs' Website.

Respectfully submitted,

Dated: September 14, 2026

_*/s/ Melissa M. Bilancini*___________
Christina J. Moser (74817)
Melissa M. Bilancini (98510)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
cmoser@bakerlaw.com
mbilancini@bakerlaw.com

Alexandra H. Bistline*
Jered E. Matthysse*
Alexandra R. Curren*
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)
abistline@pirkeybarber.com
jmatthysse@pirkeybarber.com
acurren@pirkeybarber.com

ATTORNEYS FOR PLAINTIFF

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a copy of the foregoing Supplement to the Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or shall be served upon any party that has not waived service. Parties may access this filing through the Court's system.

*/s/ Melissa M. Bilancini*
Melissa M. Bilancini

*One of the Attorneys for Plaintiff*