# EXHIBIT D

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,316,461**

**Registered Apr. 9, 2013**

**Int. Cls.: 16, 21, 25, 28, 29, 30, 31 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING

Acting Director of the United States Patent and Trademark Office

**Reg. No. 4,316,461** PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS , IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NOS. 3,246,893 AND 4,007,064.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 85-689,987, FILED 7-30-2012.

ELI HELLMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,007,064**

**Registered Aug. 2, 2011**

**Int. Cls.: 12, 16, 21, 25, 28, 29, 30, 31, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: ANTENNA TOPPERS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos
Director of the United States Patent and Trademark Office

**Reg. No. 4,007,064**

NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NO. 3,246,893.

THE COLOR(S) BROWN, WHITE, RED, YELLOW, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE HEAD OF A BROWN AND WHITE BEAVER WITH A RED TONGUE, BLACK NOSE, WHITE TEETH, AND BLACK EYES WEARING A RED BASEBALL CAP WITH A BROWN, BLACK, AND WHITE EAR SHOWING THROUGH THE SIDE OF IT. THE BEAVER DESIGN IS WITHIN A YELLOW CIRCLE THAT IS OUTLINED IN BLACK.

SN 77-982,024, FILED 10-15-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 7,419,559**

**Registered Jun. 18, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Buc-ee's, Ltd. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 35: Retail store services featuring convenience store items and gasoline

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

The mark consists of a cartoon image of a beaver head wearing a hat with a circle around it.

SER. NO. 98-018,660, FILED 05-30-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,246,893**

**United States Patent and Trademark Office** **Registered May 29, 2007**

## SERVICE MARK
### PRINCIPAL REGISTER



BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GASOLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE COLOR(S) YELLOW, RED, BROWN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BROWN AND WHITE BEAVER HEAD WEARING A RED BASEBALL CAP WITHIN A YELLOW CIRCLE ALL OUTLINED IN BLACK.

SER. NO. 78-854,772, FILED 4-5-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,973,185**
**Registered June 7, 2016**
**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
LAKE JACKSON,, TX 77566

FOR: MOTOR FUEL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

OWNER OF U.S. REG. NOS. 3,246,893, 4,007,064, AND 4,316,461.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 86-797,881, FILED 10-23-2015.

KERI CANTONE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

**United States Patent and Trademark Office**

# BUC-EE'S

**Reg. No. 4,007,063**

**Registered Aug. 2, 2011**

**Int. Cls.: 16, 21, 25, 29, 30, 31, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 4,007,063**

FOR: RAW NUTS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAGNETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; SPORTING GOODS; BOARD GAMES; BALLS FOR GAMES; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,763,277.

SN 77-982,023, FILED 10-16-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,973,077**

**Registered June 7, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
LAKE JACKSON,, TX 77566

FOR: CREDIT CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-5-2014; IN COMMERCE 7-5-2014.

OWNER OF U.S. REG. NOS. 3,246,893, 4,007,064, AND 4,316,461.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 86-793,196, FILED 10-20-2015.

KERI CANTONE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Reg. No. 8,113,899**

**Registered Jan. 27, 2026**

**Int. Cl.: 4, 5, 12, 14, 16, 20, 21, 22, 25, 26, 28, 29, 30, 32, 35, 37, 43**

**Service Mark**

**Trademark**

**Principal Register**

Buc-ee's, Ltd. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 4: Candles

FIRST USE 3-14-2023; IN COMMERCE 3-14-2023

CLASS 5: Babies' swim diapers

FIRST USE 3-29-2024; IN COMMERCE 3-29-2024

CLASS 12: Car window shades

FIRST USE 5-13-2019; IN COMMERCE 5-13-2019

CLASS 14: Lanyards for holding keys; souvenir pressed coins

FIRST USE 11-22-2012; IN COMMERCE 11-22-2012

CLASS 16: Lanyards for name badge holders; printed coloring books; printed children's activity books; blank writing journals; wrapping paper; scratch art kits comprising paper and pen; paper cake decoration

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

CLASS 20: Chairs

FIRST USE 2-20-2018; IN COMMERCE 2-20-2018

CLASS 21: Cups; non-electric portable coolers; insulating sleeve holders for beverage cans and cups; thermal insulated bags for food and beverages; shot glasses; tumblers for use as drinking glasses; mugs; lunch boxes

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

FIRST USE 1-1-1986; IN COMMERCE 1-1-1986

CLASS 22: Canopies of textile or synthetic materials; hammocks

FIRST USE 9-16-2017; IN COMMERCE 9-16-2017

CLASS 25: One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts

FIRST USE 00-00-2004; IN COMMERCE 00-00-2004

CLASS 26: Hair ties; hair bands; ribbons and bows being hair decorations

FIRST USE 8-25-2018; IN COMMERCE 8-25-2018

CLASS 28: Balls for games; playing cards; jigsaw puzzles; parlor games; building games; manipulative games; board games; washer toss games, namely, outdoor activity game equipment sold as a unit comprising washers and washer toss game boards for playing games; fidget toys; body boards; water toys; beach balls; inflatable tube floats for aquatic recreational use

FIRST USE 00-00-2006; IN COMMERCE 00-00-2006

CLASS 29: Nut-based snack foods; meat-based snack foods ; vegetable-based snack foods; cheese-based snack foods; potato-based snack foods; fruit-based snack foods; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams and jellies; eggs; garden salads; chicken salads; potato salads; food package combinations consisting primarily of meat and cheese; packaged meats

FIRST USE 8-5-2003; IN COMMERCE 8-5-2003

CLASS 30: Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath freshening; sauces; seasonings; ice; candy; salsa; cereal-based snacks; grain-based snack foods; corn-based snack foods; wrap sandwiches; fudge; cotton candy

FIRST USE 00-00-2000; IN COMMERCE 00-00-2000

CLASS 32: Soft drinks

FIRST USE 00-00-2013; IN COMMERCE 00-00-2013

CLASS 35: Retail store services featuring a wide variety of consumer goods of others

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

CLASS 37: Car washing services

FIRST USE 8-6-2006; IN COMMERCE 8-6-2006

CLASS 43: Take-out restaurant services; coffee bar services

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

The color(s) yellow, red, brown, black and white is/are claimed as a feature of the mark.

The mark consists of the head of a brown and white beaver outlined in black with a red tongue, black nose having a white tip, white teeth, and black and white eyes wearing a red baseball cap outlined in black with a brown, black, and white ear showing through the side of it. The beaver design is within a yellow circle that is outlined in black.

OWNER OF U.S. REG. NO. 6421518, 4007064, 3246893

SER. NO. 98-957,685, FILED 01-13-2025

# United States of America

## United States Patent and Trademark Office

**Reg. No. 8,113,900**

**Registered Jan. 27, 2026**

**Int. Cl.: 4, 5, 12, 14, 16, 20, 21, 22, 25, 26, 28, 29, 30, 32, 35, 37, 43**

**Service Mark**

**Trademark**

**Principal Register**

Buc-ee's, Ltd. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 4: Candles

FIRST USE 3-14-2023; IN COMMERCE 3-14-2023

CLASS 5: Babies' swim diapers

FIRST USE 3-29-2024; IN COMMERCE 3-29-2024

CLASS 12: Car window shades

FIRST USE 5-13-2019; IN COMMERCE 5-13-2019

CLASS 14: Lanyards for holding keys; souvenir pressed coins

FIRST USE 11-22-2012; IN COMMERCE 11-22-2012

CLASS 16: Lanyards for name badge holders; printed coloring books; printed children's activity books; blank writing journals; wrapping paper; scratch art kits comprising paper and pen; paper cake decoration

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

CLASS 20: Chairs

FIRST USE 2-20-2018; IN COMMERCE 2-20-2018

CLASS 21: Cups; non-electric portable coolers; insulating sleeve holders for beverage cans and cups; thermal insulated bags for food and beverages; shot glasses; tumblers for use as drinking glasses; mugs; lunch boxes

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

FIRST USE 1-1-1986; IN COMMERCE 1-1-1986

CLASS 22: Canopies of textile or synthetic materials; hammocks

FIRST USE 9-16-2017; IN COMMERCE 9-16-2017

CLASS 25: One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts

FIRST USE 00-00-2004; IN COMMERCE 00-00-2004

CLASS 26: Hair ties; hair bands; ribbons and bows being hair decorations

FIRST USE 8-25-2018; IN COMMERCE 8-25-2018

CLASS 28: Balls for games; playing cards; jigsaw puzzles; parlor games; building games; manipulative games; board games; washer toss games, namely, outdoor activity game equipment sold as a unit comprising washers and washer toss game boards for playing games; fidget toys; body boards; water toys; beach balls; inflatable tube floats for aquatic recreational use

FIRST USE 00-00-2006; IN COMMERCE 00-00-2006

CLASS 29: Nut-based snack foods; meat-based snack foods ; vegetable-based snack foods; cheese-based snack foods; potato-based snack foods; fruit-based snack foods; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams and jellies; eggs; garden salads; chicken salads; potato salads; food package combinations consisting primarily of meat and cheese; packaged meats

FIRST USE 8-5-2003; IN COMMERCE 8-5-2003

CLASS 30: Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath freshening; sauces; seasonings; ice; candy; salsa; cereal-based snacks; grain-based snack foods; corn-based snack foods; wrap sandwiches; fudge; cotton candy

FIRST USE 00-00-2000; IN COMMERCE 00-00-2000

CLASS 32: Soft drinks

FIRST USE 00-00-2013; IN COMMERCE 00-00-2013

CLASS 35: Retail store services featuring a wide variety of consumer goods of others

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

CLASS 37: Car washing services

FIRST USE 8-6-2006; IN COMMERCE 8-6-2006

CLASS 43: Take-out restaurant services; coffee bar services

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

The mark consists of a cartoon image of a beaver head wearing a hat with a circle around it.

OWNER OF U.S. REG. NO. 6421518, 4007064, 3246893

SER. NO. 98-957,689, FILED 01-13-2025

# United States of America

## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 4,316,457**

**Registered Apr. 9, 2013**

**Int. Cls.: 16, 21, 25, 28, 29, 30, 31 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

Acting Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING

**Reg. No. 4,316,457** PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS , IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAGNETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NOS. 3,763,277 AND 4,007,063.

THE MARK CONSISTS OF A STYLIZED VERSION OF THE WORD "BUC-EE'S".

SER. NO. 85-689,858, FILED 7-30-2012.

ELI HELLMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 6,421,516**

**Registered Jul. 13, 2021**

**Int. Cl.: 18, 21, 28**

**Trademark**

**Principal Register**

Buc-ee's, Ltd. (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

The mark consists of a stylized version of the word "BUC-EE'S".

OWNER OF U.S. REG. NO. 4007063, 4316457, 4973076

SER. NO. 88-981,607, FILED 04-22-2019

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 4,973,184**

**Registered June 7, 2016**

**Int. Cl.: 4**

**TRADEMARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
LAKE JACKSON,, TX 77566

FOR: MOTOR FUEL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 8-1-2006; IN COMMERCE 8-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,763,277, 4,007,063, AND 4,316,457.

SER. NO. 86-797,863, FILED 10-23-2015.

KERI CANTONE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 4,973,076**

**Registered June 7, 2016**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 RD
LAKE JACKSON,, TX 77566

FOR: CREDIT CARD SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-5-2014; IN COMMERCE 7-5-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,763,277, 4,007,063, AND 4,316,457.

SER. NO. 86-793,186, FILED 10-20-2015.

KERI CANTONE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 7,419,562**

**Registered Jun. 18, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Buc-ee's, Ltd. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 35: Retail store services featuring convenience store items and gasoline

FIRST USE 00-00-1982; IN COMMERCE 00-00-1982

The mark consists of a stylized version of the word "BUC-EE'S".

SER. NO. 98-018,665, FILED 05-30-2023

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 3,763,277**
Registered Mar. 23, 2010

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

**Int. Cl.: 35**

FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GASOLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

SERVICE MARK
PRINCIPAL REGISTER

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-853,252, FILED 4-4-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office