# EXHIBIT E

FREE SHIPPING ON ORDERS $50+

MiCKEY'S

Home | Find a Store | Shop Online | Rewards | Mickey's Kitchen | Careers | News & Events | About Us | Contact Us







## STAY IN TOUCH!

Be the first to know about the latest Mickey's news & promotions

Email →

**MICKEY'S CORPORATE OFFICE**

3619 EAST STATE ROUTE 113

P.O. BOX 449

MILAN, OH 44846

PHONE: (419)-499-1120

FAX: (419)-499-1121

Follow on shop

© 2026, Mickey's

FREE SHIPPING ON ORDERS $50+

MiCKEY'S

Home · Find a Store · Shop Online · Rewards · Mickey's Kitchen · Careers · News & Events · About Us · Contact Us



# ABOUT US

Mickey's is a fuel and convenience store chain based in Milan, OH. Currently, all the stores are located in Northern Ohio.

Along with fuel and quick-serve food items, many Mickey's also feature Mickey's Chicken & Deli, Taco Bell, Subway, and Dunkin' franchises.

FOR A LIST OF SERVICES AT A MICKEY'S NEAR YOU, PLEASE USE OUR STORE LOCATOR BY CLICKING HERE.

Mickey's is represented by their iconic mascot, Mickey the Moose, whose ever-presence is welcomed by all who stop into a Mickey's!

We are proud of our stores and of those who run them, but we are most excited about the opportunities we have to connect with our communities. We know the strength of our business rests in the strength of our communities. Mickey's sponsors many events including local festivals, community organizations, and local libraries.

MICKEY'S CORPORATE OFFICE

3619 EAST STATE ROUTE 113

P.O. BOX 449

MILAN, OH 44846

PHONE: (419)-499-1120

FAX: (419)-499-1121

Follow on shop

© 2026, Mickey's

Page 1
MOOSE GEAR – Mickey's
https://mickeythemoose.com/collections/all

FREE SHIPPING ON ORDERS $50+

MiCKEY'S

Home | Find a Store | Shop Online | Rewards | Mickey's Kitchen | Careers | News & Events | About Us | Contact Us

# MOOSE GEAR

Filter: Availability | Price

Sort by: Featured | 22 products



MICKEY RUBBER DUCKY
$5.99 USD



MICKEY THE MOOSE PLUSH
$14.99 USD



MICKEY THE MOOSE ACRYLIC ORNAMENT
$4.99 USD



MICKEY'S SHATTER RESISTANT ORNAMENT
$4.99 USD



MICKEY'S WORK GLOVES
$4.99 USD



PREMIUM ATHLETIC CREW SOCKS - WHITE
$11.99 USD



Sold out

PREMIUM ATHLETIC CREW SOCKS - BLACK
$11.99 USD



CAMO WINTER BEANIE - GREEN
$17.99 USD



Sold out

CAMO WINTER BEANIE - GREY
$17.99 USD



MICKEY'S RED WINTER POM HAT
$17.99 USD



OHIO PROUD SWEATSHIRT - GREY
$27.49 USD



COLOR CHANGING WATER BOTTLE
$4.99 USD



CAMO MICKEY'S SHOT GLASS
$5.99 USD



MICKEY'S FOAM FOOTBALL
$9.99 USD



MINI 18" WOODEN BASEBALL BAT
$11.99 USD



MICKEY'S BASEBALL
$5.99 USD



FOLDABLE DOG BOWL
$13.99 USD



BACKPACK COOLER
$54.99 USD



PUZZLE ADVENTURE COMIC BOOK
$1.99 USD



80 PAGE GIGANTIC COMIC BOOK
$4.99 USD

1 2 >

MICKEY'S CORPORATE OFFICE
3619 EAST STATE ROUTE 113
P.O. BOX 449
MILAN, OH 44846
PHONE: (419)-499-1120
FAX: (419)-499-1121

Follow on shop

© 2026, Mickey's

Captured by FireShot Pro: 17 February 2026, 10:29:20
https://getfireshot.com

FREE SHIPPING ON ORDERS $50+

MiCKEY'S

Home Find a Store Shop Online Rewards Mickey's Kitchen Careers News & Events About Us Contact Us

# VISIT YOUR NEAREST MICKEY'S KITCHEN!

LOCATIONS WITH MICKEY'S KITCHEN













MICKEY'S CORPORATE OFFICE

3619 EAST STATE ROUTE 113

P.O. BOX 449

MILAN, OH 44846

PHONE: (419)-499-1120

FAX: (419)-499-1121

Follow on shop

© 2026, Mickey's