**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

BUC-EE'S, LTD., )
)
Plaintiff and Counterclaim Defendant, ) Case No. 3-26-CV-00414-JRK
)
v. )
)
COLES IP HOLDINGS, LLC, AND DANOP, LTD. D/B/A THE COLES GROUP, D/B/A MICKEY MART, D/B/A MICKEY'S ) ) )

Defendants and Counterclaim Plaintiffs.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**

Coles IP Holdings, LLC ("Coles IP"), by and through undersigned counsel, respectfully request an additional thirty (30) days, until October 26, 2026 to respond to the Amended Complaint.[1] This is Coles IP's first request for an extension of time to respond to the Amended Complaint and it is not being sought for the purpose of delay.

The parties have reached an agreement on the material terms of a resolution as set forth in a Binding Term Sheet. Undersigned counsel respectfully requests this additional time to finalize the agreement to resolve the claims. Buc-ee's does not oppose this request for an extension of time.

For the foregoing reasons, Coles IP respectfully requests that this Court grant it an extension of 30 additional days, up to and including October 26, 2026 to respond to the Amended Complaint.

---

[1] Buc-ee's LTD. ("Buc-ee's") has not yet served the Amended complaint on co-defendant Danop, LTD.

Date: September 25, 2026

By: /s/ *Michael J. Harris*

Mark S. Fusco (0040604)
Lorraine M. Catalusci (0097420)
WH | BURKLEY LLP
1500 W. 3rd Street, Suite 300
Cleveland, OH 44113
(216) 781-1212 telephone
(216) 710-6263 facsimile
Email: mfusco@walterhav.com
lcatalusci@walterhav.com

Michael J. Harris (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER, LLP
300 N. LaSalle Drive, Suite 3500
Chicago, IL 60654
(312) 583-2300 telephone
(312) 583-2360 facsimile
Email: michael.harris@arnoldporter.com

Michael J. Sebba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000 telephone
(213) 243-4199 facsimile
Email: michael.sebba@arnoldporter.com

Heather B. Wallace (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER, LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000 telephone
(212) 836-8689 facsimile
Email: heather.wallace@arnoldporter.com

*Attorneys for Coles IP Holdings, LLC and Danop, Ltd.*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael J Harris*
*Attorney for Coles IP Holdings, LLC*