UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUC-EE'S, LTD.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>COLES IP HOLDINGS, LLC and DANOP, LTD. d/b/a THE COLES GROUP, d/b/a MICKEY MART, and d/b/a MICKEY'S,<br><br>Defendants/Counter-Plaintiff. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:26-CV-00414-DAC<br><br>MAGISTRATE JUDGE DARRELL A. CLAY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' settlement agreement, all parties in this action stipulate to dismissal of this action, including all claims and counterclaims, with prejudice, with each party to bear its own fees and costs.

Respectfully Submitted,

Dated: October 14, 2026

*/s/ Melissa M. Bilancini*________
Christina J. Moser (74817)
Melissa M. Bilancini (98510)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
(216) 621-0200
cmoser@bakerlaw.com
mbilancini@bakerlaw.com

Alexandra H. Bistline*
Jered E. Matthysse*
Alexandra R. Curren*
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)

SO ORDERED. The Court reserves jurisdiction to interpret and enforce the terms of the parties' settlement agreement.

__________________October 15, 2026
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

abistline@pirkeybarber.com
jmatthysse@pirkeybarber.com
acurren@pirkeybarber.com

*Attorneys for Buc-ee's, Ltd.*

**Admitted Pro Hac Vice*

*/s/ Michael J. Harris*
Mark S. Fusco (0040604)
Alexandra V. Dattilo (0086444)
WH | BURKLEY LLP
1500 W. 3rd Street, Suite 300
Cleveland, OH 44113
(216) 781-1212 telephone
(216) 710-6263 facsimile
Email: mfusco@walterhav.com
adattilo@walterhav.com

Michael J. Harris (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER, LLP
300 N. LaSalle Drive, Suite 3500
Chicago, IL 60654
312-583-2300 telephone
312-583-2360 facsimile
Email: michael.harris@arnoldporter.com

Michael J. Sebba (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
213-243-4000 telephone
213-243-4199 facsimile
Email: michael.sebba@arnoldporter.com

Heather B. Wallace (*admitted pro hac vice*)
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019
212-836-8000 telephone
212-836-8689 facsimile
Email: heather.wallace@arnoldporter.com

*Attorneys for Defendants Coles IP Holdings, LLC and Danop, Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Melissa M. Bilancini*
*One of the Attorneys for Buc-ee's, Ltd.*